IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

CIVIL ACTION NO.: 1:26-cv-6

TYRA NOELLE SMALLEY,

        Plaintiff,

vs.

JASON FEDERMACK and KATHRYN
SEARS,

        Defendants.

**NOTICE OF REMOVAL**

        Defendants Kathryn Sears and Jason Federmack ("Defendants"), by and through their undersigned counsel, hereby file this Notice of Removal to remove the captioned action from the General Court of Justice, Superior Court Division for Forsyth County, North Carolina, to the United States District Court for the Middle District of North Carolina pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. This action is being removed to federal court based on federal question jurisdiction.

        In support of this Notice of Removal, Defendants respectfully show as follows:

        1.     This action is being removed to federal court based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 in that the action arises under the laws of the United States, specifically the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq. ("Title VII") as evidenced by Plaintiff's EEOC Charge of Discrimination, Charge

1

No. 435-2025-01540, that was filed as the Complaint in Forsyth County Superior Court, a true and exact copy of which is attached hereto as **Exhibit A**.

2.  On December 1, 2025, Plaintiff filed a civil action against Defendants in the General Court of Justice, Civil Superior Court Division for Forsyth County, North Carolina, entitled *Tyra Noelle Smalley v. Jason V. Federmack and Kathryn Sears*, case number 25CV014996-330 ("State Action").

3.  On December 1, 2025, Plaintiff issued a Civil Summons as to Defendants to be served with the Complaint.

4.  Defendant Kathryn Sears was served with the State Action Summons and Complaint on December 8, 2025.

5.  Defendant Jason Federmack was served with the State Action Summons and Complaint on December 8, 2025.

6.  Defendant Kathryn Sears and Defendant Jason Federmack each consent to removal of the State Action to this Court.

7.  True and accurate copies of the State Action Complaint, Issued Summons, Plaintiff's Petition to Proceed as an Indigent, Affidavit of Service of Process as to Defendant Kathryn Sears, two separate Affidavits of Service of Process as to Defendant Jason Federmack, and the State Action Case Summary are attached hereto as **Exhibits A, B, C, D, E, F, and G,** respectively, pursuant to 28 U.S.C. § 1446(a), and are incorporated by reference.

8. No further proceedings have occurred in the State Action. Defendants have not served any answer or other responsive pleading to the Summons and Complaint, nor made any appearance, argument, or request for relief before the General Court of Justice, Superior Court Division for Forsyth County, North Carolina.

9. This Notice of Removal is timely filed within thirty (30) days of service of the Summons and Complaint on the Defendants, pursuant to 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action based on federal question jurisdiction in that this action purportedly arises under the laws of the United States, namely Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq. ("Title VII").

11. The United States District Court for the Middle District of North Carolina embraces the district in which the State Action is now pending (Forsyth County).

12. Defendants therefore file this Notice of Removal of the State Action from the Superior Court in which it is now pending to the United States District Court for the Middle District of North Carolina.

13. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being served on Plaintiff, and Defendants are promptly causing a copy of this Notice of Removal to be filed with the Clerk of the Superior Court for Forsyth County, North Carolina, as shown by the Notice attached hereto as **Exhibit H**.

14.     Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has claims upon which relief can be granted or those related to service or process.

**WHEREFORE**, Defendants pray that this action be removed from the Superior Court of Forsyth County, North Carolina, to the United States District Court for the Middle District of North Carolina.

Respectfully submitted, this the 5th day of January, 2026.

**JACKSON LEWIS P.C**.

BY:     /s/ *Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Jason.federmack@jacksonlewis.com
*Attorney for Defendants Kathryn Sears and*
*Jason Federmack*

4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

CIVIL ACTION NO.: 1:26-cv-6

| | |
|---|---|
| TYRA NOELLE SMALLEY,<br><br>     Plaintiff,<br><br>vs.<br><br>JASON FEDERMACK and KATHRYN SEARS,<br><br>     Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on January 5, 2026, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, and was served on the Pro Se Plaintiff by U.S. mail, addressed as follows:

Tyra Noelle Smalley
824 Williams Rd.
Lewisville, NC 27023
*Pro Se Plaintiff*

**JACKSON LEWIS P.C**.

BY: /s/ *Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Jason.federmack@jacksonlewis.com
*Attorney for Defendants Kathryn Sears and Jason Federmack*

5